IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-00560-BO-BM

| | |
|---|---|
| SEAN TAYLOR, RICK HAWTHORNE, and ROBERT UYEMATSU, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | **CONSENT ORDER** |

THIS CASE comes before the Court pursuant to the Parties' Joint Motion to Grant Plaintiffs' Motion for Leave to Amend Complaint and Set Briefing Schedule on Defendant's Motion to Dismiss Amended Complaint ("Joint Motion"), in which the Parties jointly request that the Court grant Plaintiffs' Motion for Leave to Amend Complaint ("Motion to Amend") (DE 28), including to dismiss Bank of America Corporation as a party in this matter, and approve the Parties' proposed briefing schedule for Defendant's forthcoming motion to dismiss. Upon consideration of the Motion to Amend and Joint Motion, this Court finds good cause to grant the motions and approve the proposed briefing schedule.

Accordingly, it is hereby **ORDERED** that the Motion to Amend and Joint Motion are **GRANTED**; Bank of America Corporation is **DISMISSED** as a defendant in this matter; and (1) Defendant shall have up to and including June 2, 2025, to submit its motion to dismiss, (2) Plaintiffs shall have up to and including July 23, 2025, to submit their response, and (3) Defendant shall have up to and including August 18, 2025, to submit its reply, if any, in support of its motion to dismiss.

The clerk is directed to provide a copy of this Order to all counsel of record.

It is SO ORDERED.

_May 2, 2025_
DATE

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE